UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CHRISTOPHER BROWN,

     Defendant.

Case No. 3:25-cr-19-2

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 102); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 92); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 4 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 102), recommending that the Court accept Defendant's guilty plea.  There being no objections to the well-reasoned Report and Recommendation ("R&R"), the Court **ADOPTS** the R&R in full.  The parties' joint motion to change plea (Doc. No. 92) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 4 of the Indictment, which charges him with knowingly and intentionally distributing 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21 U.S.C. §§ 841(a)(l) and (b)(l)(B)(viii).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

   March 2, 2026                        s/Michael J. Newman
                                        Hon. Michael J. Newman
                                        United States District Judge